IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RANDAL CHAISE HARTY | § | |
| VS. | § | CIVIL ACTION NO.  1:22-CV-85 |
| M. CERVANTEZ, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Randal Chaise Harty, a prisoner confined at the LeBlanc Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge.  The magistrate judge recommends dismissing the action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure to provide the court with his current address.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  Proper notice was given to Plaintiff at his last known address.  *See* FED. R. CIV. P. 5(b)(2)(C).  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report of the magistrate judge (doc. #4) is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the 1 day of **June, 2022.**

_____
Thad Heartfield
United States District Judge